Elizabeth L. Gade, Esq., CSB 161495
Bruce J. Hagel, Esq., CSB 63531
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA  95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DELPH<br>        Plaintiff,<br>    vs.<br>MICHAEL J. ASTRUE[1],<br>        Defendant | **CASE NO. 07-CV-00214-EFB**<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his Motion for Summary Judgment in the above-referenced case is hereby extended from the present date of July 2, 2007, by thirty days, to August 1, 2007.

This is the first extension requested.

DATED:   June 29, 2007                                       OLSON, HAGEL & FISHBURN, LLP


                                                             By:    /s/ Elizabeth L. Gade
                                                                   ELIZABETH L. GADE
                                                                   Attorneys for Plaintiff

---

[1] Michael J. Astrue was confirmed by the Senate on February 1, 2007, to be Commissioner of Social Security.  Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Mr. Astrue should be substituted for Linda McMahon as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. §405(g).

1
**STIPULATION**

DATED:   June 29, 2007                              McGREGOR W. SCOTT
                                                    United States Attorney


                                                    By:___/e/ Elizabeth Firer__
                                                       Elizabeth Firer
                                                       Special Assistant
                                                       United States Attorney

## ORDER

The court issued a scheduling order on February 7, 2007, which required plaintiff to prosecute this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date of service of the administrative record by defendant.  The court's records reflect that the administrative record was served on May 17, 2007.   Plaintiff now seeks an extension of time to August 1, 2007, to file a dispositive motion.  Defendant does not oppose the request. Good cause appearing therefore, the request will be granted.  Plaintiff is warned that failure to comply with the court's scheduling order within the time provided in this order may result in dismissal of this action for lack of prosecution and failure to comply with court orders and rules.  See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for an extension of time is granted; and

2. Plaintiff shall file a dispositive motion by August 1, 2007.

DATED:   July 16, 2007.

_____
Edmund F. Brennan
U.S. Magistrate Judge

2
**STIPULATION**