1  Elizabeth L. Gade, Esq., CSB 161495
   Bruce J. Hagel, Esq., CSB 63531
2  OLSON HAGEL & FISHBURN LLP
   555 Capitol Mall, Suite 1425
3  Sacramento, CA  95814
   Telephone: (916) 442-2952
4  Facsimile: (916) 442-1280

5
   *Attorneys for Plaintiff*
6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  STEVEN DELPH                              **CASE NO. 07-CV-00214-EFB**

12              Plaintiff,
                                             **STIPULATION AND PROPOSED ORDER**
13       vs.                                 **EXTENDING PLAINTIFF'S TIME TO FILE**
                                             **MOTION FOR SUMMARY JUDGMENT**
    MICHAEL J. ASTRUE[1],
14              Defendant

15

16       IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned

17  attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file his

18  Motion for Summary Judgment in the above-referenced case is hereby extended from the present date of

19  August 1, 2007, by thirty days, to August 31, 2007.

20       This is the second extension requested.

21       DATED:   July 31, 2007                    OLSON, HAGEL & FISHBURN, LLP

22

23                                            By:  ____/s/ Elizabeth L. Gade_____
24                                                 ELIZABETH L. GADE
                                                   Attorneys for Plaintiff
25

26  ────────────────────

27  [1] Michael J. Astrue was confirmed by the Senate on February 1, 2007, to be Commissioner of Social Security.  Pursuant to
    Rule 25(d)(1) of the Federal Rules of Civil Procedure, Mr. Astrue should be substituted for Linda McMahon as the defendant
28  in this suit.  No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social
    Security Act, 42 U.S.C. §405(g).

1
**STIPULATION**

OLSON **HAGEL & FISHBURN LLP**
555 CAPITOL MALL, SUITE 1425, SACRAMENTO, CA  95814

OLSON HAGEL & FISHBURN LLP
555 CAPITOL MALL, SUITE 1425, SACRAMENTO, CA 95814

1    DATED:   July 31, 2007                    McGREGOR W. SCOTT
2                                              United States Attorney

3

4                                              By:___/e/ Elizabeth Firer__
                                                  Elizabeth Firer
5                                                 Special Assistant
                                                  United States Attorney
6

7                                **ORDER**

8        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final

9   decision of the Commissioner of Social Security pursuant to 42 U.S.C. Section 405(g).  Pending before

10  the Court is plaintiff's stipulated motion for an extension of time.

11       The court issued a scheduling order on February 7, 2007, which required plaintiff to prosecute

12  this action by either seeking voluntary remand or filing a dispositive motion with 45 days from the date

13  of service of the administrative record by defendant.  The court's records reflect that the administrative

14  record was served on May 17, 2007.   Plaintiff now seeks an extension of time to August 31, 2007, to

15  file a dispositive motion.  Defendant does not oppose the request. Good cause appearing therefore, the

16  request will be granted.  Plaintiff is warned that failure to comply with the court's scheduling order

17  within the time provided in this order may result in dismissal of this action for lack of prosecution and

18  failure to comply with court orders and rules.  See Local Rule 11-110.

19       Accordingly, IT IS HEREBY ORDERED that:

20       1.  Plaintiff's motion for an extension of time is granted; and

21       2.  Plaintiff shall file a dispositive motion by August 31, 2007.

22       DATED:   August 14, 2007.

23

24       _____
            Edmund F. Brennan
25          U.S. Magistrate Judge

26

27

28

2

**STIPULATION**