1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   GINA SHIN
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8926
       Facsimile:  (415) 744-0134
7      E-Mail: Gina.Shin@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                      EASTERN DISTRICT OF CALIFORNIA

11                            **SACRAMENTO DIVISION**

12  STEPHEN DELPH,                )
                                  )           CIVIL NO. 2:07-CV-00214-LKK-EFB
13       Plaintiff,               )
                                  )
14       v.                       )           STIPULATION AND ORDER
                                  )
15  MICHAEL J. ASTRUE,            )
    Commissioner of Social Security, )
16                                )
         Defendant.                )
17  _____ )

18

19   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the

20  attached Order, that Defendant shall have a SECOND extension of time of 30 days to respond to

21  Plaintiff's motion for summary judgment. The reason for this request is because Defendant needs more

22  time due to scheduling conflicts arising from the large number of cases which await briefing. The

23  current due date is October 2, 2007. The new due date will be November 1, 2007**.**

24   The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.
//
25  //
    //
26  //
    //
27  //
    //
28  //

*/s/ Elizabeth L. Gade*
       (*As authorized on* October 1, 2007)

Elizabeth L. Gade
Attorney at Law

Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney

By:    */s/ Gina Shin*

       (*As signed on* October 1, 2007)
Gina Shin
Special Assistant U.S. Attorney

Attorneys for Defendant

Of Counsel:
Lucille Gonzales Meis
Chief Counsel, Region IX
United States Social Security Administration

**<u>ORDER</u>**

APPROVED AND SO ORDERED.

DATED: October 4, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE