ELIZABETH GADE [SBN 161495]
BRUCE J. HAGEL [SBN 63531]
OLSON HAGEL & FISHBURN LLP
555 Capitol Mall, Suite 1425
Sacramento, CA 95814
Telephone: (916) 442-2952
Facsimile: (916) 442-1280

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN DELPH<br><br>        Plaintiff,<br><br>vs.<br><br>MICHAEL ASTRUE,<br><br>        Defendant | CASE NO: 2:07-CV-00214-LKK-EFB<br><br>**STIPULATION AND PROPOSED ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that as Plaintiff's assignee, counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of ONE THOUSAND, NINE HUNDRED AND FIFTY DOLLARS ($1,950.00) for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. §2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of ONE THOUSAND, NINE HUNDRED AND FIFTY DOLLARS ($1,950.00) shall constitute a complete release from and bar to any and all claims of Plaintiff's counsel relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. §406(b). Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

Dated: April 22, 2008

Respectfully submitted,

OLSON, HAGEL & FISHBURN LLP [1]

By: /s/ Elizabeth L. Gade
ELIZABETH L. GADE, ESQ.
Attorney for Plaintiff

Dated: April 22, 2008

McGREGOR W. SCOTT
United States Attorney [2]

By: /s/ Gina Shin
GINA SHIN
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.
July 22, 2008

Dated: ~~April~~ _____, ~~2008~~

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Authorization to provide electronic signature obtained on November 21, 2006. Local Rule 7-131. Original signature on file at the office of Olson, Hagel, Fishburn, LLP.

[2] Authorization to provide electronic signature obtained on November 21, 2006. Local Rule 7-131. Facsimile of original signature on file at the office of Olson, Hagel, Fishburn, LLP.

## Attorney Fee Contract for Social Security Benefits / SSI Fee Agreement – Federal Court

I hereby hire Olson, Hagel & Fishburn, and LLP, to represent me in federal court review of my SSI / Social Security case.

If my attorney is successful in federal court review, either by having my case sent back to the Social Security Administration for further evaluation (a remand), or by obtaining my benefits outright by court order, I understand that he will be entitled to an attorney fee and reimbursement of his costs for his work in federal court.

I also understand that my attorney will request that the court order the government to pay the attorney's fees for his federal court work. This payment may be for either an order remanding the case to Social Security, or for an order directing payment of benefits, pursuant to the Equal Access to Justice Act (EAJA). If this happens, **I hereby assign any court awarded EAJA attorney fees and costs, for the federal court work only, to my attorney.**

This agreement only covers the hours spent on work in the federal court. It does not include the time spent on representation before the Social Security Administration. This agreement is in addition to the agreement previously signed for representation before the Social Security Administration.

This representation commenced on the date that the Social Security Administration made a final administrative denial of my claim for Social Security benefits on March 25, 2008.

_Steven Delph_    4-28-08
Steven Delph      Date

_[signature]_    4-28-08
ELIZABETH L. GADE